UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                              CIVIL ACTION NO.: 13-15035

vs.                                           HONORABLE: Victoria A. Roberts

LLOYD CUNNINGHAM,

       Defendant,
_____/

## ORDER FOR ALTERNATE SERVICE

After reviewing the Motion herein, and being otherwise advised in the matter:

THE COURT FINDS:

Service of process upon defendant LLOYD CUNNINGHAM cannot reasonably be made as provided in FRCP 5(b) or MCR 2.105, and service of process may be made in a manner which is reasonably calculated to give Defendant actual notice of the proceeding and an opportunity to be heard.

**IT IS ORDERED:**

Service of the Summons and Complaint and a copy of this order may be made by the following method(s):

    a.  ☒    First class mail to 2014 Hoff Street, Flint, MI 48506.

    b.  ☒    Certified Mail, Return Receipt Requested.

    c.  ☒    Tacking or firmly affixing to the door at 2014 Hoff Street, Flint, MI 48506.

**IT IS FURTHER ORDERED:**

For each method used, proof of service must be filed promptly with the court.

S/Victoria A. Roberts
Victoria A. Roberts
United States District Judge

Dated: January 16, 2014

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on January 16, 2014.

S/Holly A. Monda for Carol A. Pinegar
Deputy Clerk